# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CARL R. SANDLIN,
ADC #60066                                                                                          PLAINTIFF

V.                                      1:11CV00122 SWW

STATE OF ARKANSAS; and
ARKANSAS DEPARTMENT OF CORRECTION                              DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 19th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE